Defendant: **Tealium Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/30/2023 | $359,820.55 | 1/30/2023 | INV15200442 | 6/1/2022 | $61,982.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/30/2023 | $359,820.55 | 1/30/2023 | INV15199771_2 | 2/17/2022 | $297,837.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112596 | $200,000.00 | 2/17/2023 | INV15199771_1 | 2/17/2022 | $200,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112715 | $61,982.75 | 2/24/2023 | INV15201105 | 9/1/2022 | $61,982.75 |

**Totals:** 3 transfer(s), $621,803.30